## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA PARLIN, Individually, and in her Capacities as Surviving Spouse of Samuel Parlin, And As Executrix of the Estate of Samuel Parlin, Deceased, :<br><br>Plaintiffs, :<br><br>v. :<br><br>DYNCORP INTERNATIONAL INC., *et al.*, :<br><br>Defendants. : | Civil Action No.<br><br>Jury of 12 Demanded |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants DynCorp International LLC and DynCorp International Inc., by and through their undersigned counsel, state the following:

1.      DynCorp International LLC is wholly owned by DynCorp International Inc. and does not have any outstanding securities in the hands of the public.

2.      DynCorp International Inc. has outstanding securities in the hands of the public that are publicly traded on the New York Stock Exchange under the symbol "DCP."  There are no other companies related to DynCorp International Inc. that have outstanding securities in the hands of the public.

|  |  |
|---|---|
| *Of Counsel*: | SMITH, KATZENSTEIN & FURLOW LLP |
| Robert B. Wallace | /s/   *Robert K. Beste* |
| Kevin P. Farrell | Robert K. Beste, III (No. 3931) |
| Yoora Pak | Post Office Box 410 |
| WILSON, ELSER, MOSKOWITZ, | Wilmington, Delaware 19899 |
| EDELMAN & DICKER LLP | (302) 652-8400 |
| The Colorado Building | (302) 652-8405 (facsimile) |
| 1341 G Street, N.W., 5th Floor | rkb@skfdelaware.com |
| Washington, DC 20005 |  |
| (202) 626-7660 |  |
| (202) 628-3606 (facsimile) | *Attorneys for Defendants,* |
|  | *DynCorp International Inc., and* |
|  | *DynCorp International* LLC |

February 19, 2008

08038|NTS|10038623.WPD