IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA PARLIN, Individually, and in her Capacities as Surviving Spouse of Samuel Parlin, And As Executrix of the Estate of Samuel Parlin, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>DYNCORP INTERNATIONAL INC., *et al.*,<br><br>    Defendants. | :<br>:<br>:<br>:   C. A. No. 1:08-cv-00107-UNA<br>:<br>:<br>:   Jury of 12 Demanded<br>:<br>:<br>:<br>:<br>: |

## DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

COME NOW, Defendants DynCorp International Inc. ("DI Inc.") and DynCorp International LLC ("DI LLC") [hereinafter collectively referred to as "DynCorp" or "Defendants"], by and though counsel, Smith, Katzenstein & Furlow LLP, and hereby move this Honorable Court for an Order pursuant to Rule 12(b)(1) and/or Rule 12(b)(3) of the Federal Rules of Civil Procedure dismissing the Complaint or, in the alternative, transferring venue to the U.S. District Court for the Eastern District of Virginia, Alexandria Division pursuant to 28 U.S.C. § 1404(a). Defendants respectfully invite the Court's attention to the attached Brief in support of their Motion, which is adopted and incorporated as if fully set forth herein.

WHEREFORE, DynCorp seeks an Order Dismissing Plaintiff's Complaint in its entirety or an Order transferring venue to the U.S. District Court for the Eastern District of Virginia, Alexandria Division.

289215.1

                        SMITH, KATZENSTEIN & FURLOW LLP

*Of Counsel*:
Robert B. Wallace
Kevin P. Farrell
Yoora Pak
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
The Colorado Building
1341 G Street, N.W., 5th Floor
Washington, DC 20005
(202) 626-7660
(202) 628-3606 (facsimile)

                        /s/    *Robert K. Beste*
                        Robert K. Beste, III (No. 3931)
                        Post Office Box 410
                        Wilmington, Delaware 19899
                        (302) 652-8400
                        (302) 652-8405 (facsimile)
                        rbeste@skfdelaware.com

                        *Attorneys for Defendants*
                        *DynCorp International Inc. and*
                        *DynCorp International LLC*

February 26, 2008

289215.1