IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYNTHIA PARLIN, Individually, and in her Capacities as Surviving Spouse of Samuel Parlin, And As Executrix of the Estate of Samuel Parlin, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 1:08-CV-00107-JJF |
| DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp; DYNCORP INTERNATIONAL LLC, a Delaware Limited Liability Corporation; and DOE ENTITIES 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES E. BEASLEY, JR.

Pursuant to Local Rule 83.5 and the attached Certification, the undersigned

counsel hereby moves the admission *pro hac vice* of James E. Beasley, Jr., Esquire to represent

plaintiffs in this matter.

Neilli Mullen Walsh (2707)
Ben T. Castle (520)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6603
Attorneys for Plaintiffs

Dated: 3/6/08

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CYNTHIA PARLIN, Individually, and in her )
Capacities as Surviving Spouse of Samuel Parlin, And )
As Executrix of the Estate of Samuel Parlin, Deceased, )
)
Plaintiffs, )
      v. )    C.A. No. 1:08-CV-00107-UNA
)
DYNCORP INTERNATIONAL, INCORPORATED, )
a Delaware Corporation, Parent of the co-defendant )
DYNCORP entities, formerly known as )
DI Acquisition Corp; DYNCORP INTERNATIONAL )
LLC, a Delaware Limited Liability Corporation; and )
DOE ENTITIES 1-10, )
)
Defendants. )

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, I am admitted, practicing, and in good standing as a member of the Bar of the

Commonwealth of Pennsylvania, and that pursuant to Local Rule 83.6 I submit to the

disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation

or course of this action. I also certify I am generally familiar with this Court's Local Rules. In

accordance with Standing Order for District Court Fund effective January 1, 2005, I further

certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.


THE BEASLEY FIRM, LLC

_____

James E. Beasley, Jr.
1125 Walnut Street
Philadelphia, PA 19107
(215) 592-1000
Attorneys for Plaintiffs


Dated:  3 March 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYNTHIA PARLIN, Individually, and in her Capacities as Surviving Spouse of Samuel Parlin, And As Executrix of the Estate of Samuel Parlin, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | C.A. No. 1:08-CV-00107-JJF |
| | ) | |
| DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp; DYNCORP INTERNATIONAL LLC, a Delaware Limited Liability Corporation; and DOE ENTITIES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice*

of James E. Beasley, Jr. to represent plaintiffs is GRANTED.

_____

UNITED STATES DISTRICT JUDGE

Dated: _____

CERTIFICATE OF SERVICE

I hereby certify that on _March 6_, 2008, I caused the plaintiffs'

Motion For Admission *Pro Hac Vice* of James E. Beasley, Jr., together with the Certification and

Proposed Order in support thereof, to be electronically filed with the Clerk of the Court and to be

served electronically and by hand or mail on attorneys of record, as follows:

Robert J. Katzenstein, Esquire
Robert K. Beste, III, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P. O. Box 410
Wilmington, DE 19899

Robert B. Wallace, Esquire
Kevin P. Ferrell, Esquire
Yoora Pak, Esquire
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
The Colorado Building
1341 G Street, N.W., 5th Floor
Washington, DC 20005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neilli Mullen Walsh (2707)
Ben T. Castle (520)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6603
Attorneys for Plaintiffs

Dated: 3/6/08