# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYNTHIA PARLIN, Individually, and in her Capacities as Surviving Spouse of Samuel Parlin, And As Executrix of the Estate of Samuel Parlin, Deceased, | : : : : : | Civil Action No. 08-0107 JJF |
| Plaintiffs, | : : | |
| v. | : : | Jury of 12 Demanded |
| DYNCORP INTERNATIONAL, INC., *et al.*, | : : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert B. Wallace to represent defendants DynCorp International, Inc. and DynCorp International, LLC in this matter.

SMITH, KATZENSTEIN & FURLOW LLP

  /s/ Robert K. Beste
Robert K. Beste, III (No. 3931)
Post Office Box 410
Wilmington, Delaware 19899
(302) 652-8400
(302) 652-8405 facsimile
rkb@skfdelaware.com

*Attorneys for defendants,*
*DynCorp International, Inc.*
March 10, 2008                *DynCorp International, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____            _____.
                                                 United States District Judge

{08038}
08038|PHV|10039021.WPD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA PARLIN, Individually, and in her Capacities as Surviving Spouse of Samuel Parlin, And As Executrix of the Estate of Samuel Parlin, Deceased, : : : : | Civil Action No. 08-0107 JJF |
| Plaintiffs, : : | |
| v. : : | Jury of 12 Demanded |
| DYNCORP INTERNATIONAL, INC., *et al.*, : : | |
| Defendants. : | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, practicing and in good standing as a member of bars of the State of Virginia and the District of Columbia, and admitted to practice in the United States Supreme Court, the United States Court of Appeals for the Second, Third, Fourth, Fifth Sixth, Ninth, Tenth, Federal and District of Columbia Circuits, the United States District Court for District of Columbia, District of Maryland and the Eastern and Western Districts of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                                         WILSON, ELSER, MOSKOWITZ,
                                                                         EDELMAN & DICKER LLP

                                                                         Robert B. Wallace
                                                                         The Colorado Building
                                                                         1341 G Street, N.W., 5th Floor
                                                                         Washington, DC 20005
                                                                         (202) 626-7660
                                                                         (202) 628-3606 (facsimile)