IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA PARLIN, Individually, and in her Capacities as Surviving Spouse of Samuel Parlin, And As Executrix of the Estate of Samuel Parlin, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>DYNCORP INTERNATIONAL, INC., et al.,<br><br>Defendants. | C.A. No.: 1:08-cv-00107 JJF<br><br>TRIAL BY JURY DEMANDED |

## PLAINTIFFS' MOTION FOR REMAND

Plaintiffs, by and through undersigned counsel, hereby move under 28 U.S.C. § 1447(c) for remand of this action.

Defendants' removal under 28 U.S.C. § 1441(a) and (b) was improper because they are citizens of the State in which this action was brought and because their anticipated federal defenses do not create "arising under" jurisdiction. *Louisville & N. R. Co. v. Mottley*, 211 U.S. 149, 152 (1908).

Defendants' removal under 28 U.S.C. § 1442 was also improper because Defendants acted only under the general auspices of a government contract that made them responsible for Plaintiff-decedent's safety; Defendants did not act under the direct orders of a federal officer. *Watson v. Philip Morris Cos.*, 127 S. Ct. 2301, 2308 (2007).

For the above reasons, further detailed in Plaintiffs' Brief, incorporated here by reference, Plaintiffs respectfully request this action be remanded back to the Delaware Superior Court in and for New Castle County.

Respectfully submitted,

/s/ Neilli Mullen Walsh
Neilli Mullen Walsh (2707)
Ben T. Castle (520)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6603

Attorneys for Plaintiffs

*Of Counsel:*
James E. Beasley, Jr.
Maxwell S. Kennerly
THE BEASLEY FIRM, LLC
1125 Walnut Street
Philadelphia, PA 19107-4997
(215) 592-1000

Dated: March 20, 2008