IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA PARLIN, Individually, and in her Capacities as Surviving Spouse of Samuel Parlin, And As Executrix of the Estate of Samuel Parlin, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>DYNCORP INTERNATIONAL INC., *et al.*,<br><br>    Defendants. | :<br>:<br>:<br>:   C. A. No. 08-107 JJF<br>:<br>:<br>:   Jury of 12 Demanded<br>:<br>:<br>:<br>:<br>: |

## STIPULATION FOR EXTENSION OF TIME

**IT IS STIPULATED** by and between the parties, subject to the approval of the Court, that the time in which defendants shall reply to plaintiffs' motion for remand is extended through and including April 21, 2008.

| Young Conaway Stargatt & Taylor, LLP | SMITH, KATZENSTEIN & FURLOW LLP |
|---|---|
| /s/ Nellie Mullen Walsh | /s/ Robert K. Beste |
| Nellie Mullen Walsh (ID No. 2707)<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6618<br>(302) 571-3343<br>nwalsh@ycst.com | Robert K. Beste, III (ID No. 3931)<br>Post Office Box 410<br>Wilmington, Delaware 19899<br>(302) 652-8400<br>(302) 652-8405 (facsimile)<br>rkb@skfdelaware.com |
| *Attorneys for plaintiffs* | *Attorneys for defendants*<br>*DynCorp International, LLC and*<br>*DynCorp International, Inc.* |

SO ORDERED, this _____ day of April, 2008.

_____
                                                                              J.

08038|STIP|10041054.WPD