IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA PARLIN, Individually, and in her Capacities as Surviving Spouse of Samuel Parlin, And As Executrix of the Estate of Samuel Parlin, Deceased,<br><br>    Plaintiffs,<br>v.<br><br>DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp; DYNCORP INTERNATIONAL LLC, a Delaware Limited Liability Corporation; and DOE ENTITIES 1-10,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 08-107(JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION FOR EXTENSION OF TIME

IT IS STIPULATED by and between the parties, subject to the approval of the Court, that the time in which plaintiffs shall file their reply brief in support of their motion to remand is extended through and including May 15, 2008.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SMITH, KATZENSTEIN & FURLOW, LLP |
|---|---|
| /s/ Neilli Mullen Walsh<br>Neilli Mullen Walsh (#2707)<br>Ben T. Castle (#520)<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>(302) 571-6603/6618<br>(302) 576-3343/3284 (facsimile)<br>nwalsh@ycst.com; bcastle@ycst.com<br>Attorneys for Plaintiffs | /s/ Robert K. Beste, III<br>Robert K. Beste, III (#3931)<br>P. O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400<br>(302) 652-8405 (facsimile)<br>rkb@skfdelaware.com<br>Attorneys for Defendants<br>DynCorp International, LLC and<br>DynCorp International, Inc. |

**SO ORDERED**, this _____ day of April, 2008.

_____
**THE HONORABLE JOSEPH J. FARNAN, JR.**