IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYNTHIA PARLIN, Individually, and in her Capacities as Surviving Spouse of Samuel Parlin, And As Executrix of the Estate of Samuel Parlin, Deceased,<br><br>              Plaintiffs,<br><br>   v.<br><br>DYNCORP INTERNATIONAL, INC., et al.,<br><br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 08-107 (JJF) |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

                                        Neilli Mullen Walsh (2707)
                                        Ben T. Castle (520)
                                        Young Conaway Stargatt & Taylor, LLP
                                        1000 West Street, 17th Floor
                                        P.O. Box 391
                                        Wilmington, DE 19899-0391
                                        (302) 571-6618/6603
                                        Attorneys for Plaintiffs

*Of Counsel:*
James E. Beasley, Jr.
Maxwell S. Kennerly
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107-4997
(215) 592-1000

Dated: June 4, 2008

## SUPPLEMENTAL ARGUMENT

After briefing was completed on defendants' Motions to Dismiss and to Remand, the 5th Circuit issued an opinion reversing and remanding the primary district court opinions upon which defendants' motions in this case were based. Now, there is essentially no precedent supporting defendants' arguments for remand and dismissal, and ample precedent rejecting those exact same arguments.

Specifically, in <u>Lane v. Halliburton</u>, 2008 U.S. App. LEXIS 11401 (5th Cir., May 28, 2008), the Fifth Circuit reversed <u>Lane v. Halliburton</u>, <u>Fisher v. Halliburton, Inc.</u>, and <u>Smith-Idol v. Halliburton</u>. The Court there rejected attempts at "'semantic cataloguing' of a particular matter as one implicating 'foreign policy' or 'national security.'" <u>Lane</u> at * 16. Instead, the court demanded a "discriminating inquiry into the precise facts and posture of the particular case." <u>Id.</u> The Court then went into an extended analysis as to whether the LOGCAP contract rendered plaintiffs' tort claims nonjusticiable under the political question doctrine, holding those tort claims did **not** intrude upon any federal interests. Plaintiffs' claims were thus permitted to proceed through litigation and to trial.

Here, in stark contrast, defendants have **not** provided this court a copy of the government contract they claim renders them immune, nor provided **any** other factual basis upon which this Court could apply the political question doctrine. The Fifth Circuit in <u>Lane</u>, in reviewing the **identical** issue presented here with far more developed facts, reversed the district court and required it allow plaintiffs' tort case to proceed.

Plaintiff respectfully requests this Court apply a similar analysis as in <u>Lane</u>, reject defendants' vague arguments in favor of federal jurisdiction and dismissal, and remand this action to state court for further proceedings.

Respectfully submitted,

*/s/ Neilli Mullen Walsh*
Neilli Mullen Walsh (2707)
Ben T. Castle (520)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6603
Attorneys for Plaintiffs

*Of Counsel:*
James E. Beasley, Jr.
Maxwell S. Kennerly
THE BEASLEY FIRM, LLC
1125 Walnut Street
Philadelphia, PA 19107-4997
(215) 592-1000

Dated: June 4, 2008

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J.A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH<br>JANET Z. CHARLTON | ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR.<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br>M. BLAKE CLEARY<br>CHRISTIAN DOUGLAS WRIGHT<br>DANIELLE GIBBS<br>JOHN J. PASCHETTO<br>NORMAN M. POWELL<br>ELENA C. NORMAN<br>EDMON L. MORTON<br>JOHN E. TRACEY | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE  19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE  19899-0391<br><br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>GEORGETOWN, DELAWARE<br>MIDDLETOWN, DELAWARE<br>NEW YORK, NEW YORK<br><br>WWW.YOUNGCONAWAY.COM<br><br>DIRECT DIAL: 302-571-6603<br>DIRECT FAX: 302-576-3343<br>nwalsh@ycst.com | JOSEPH M. BARRY<br>RYAN M. BARTLEY<br>SEAN M. BEACH<br>SANJAY BHATNAGAR<br>DONALD J. BOWMAN, JR.<br>MICHELE SHERRETTA BUDICAK<br>JEFFREY T. CASTELLANO<br>DOUGLAS T. COATS (MD ONLY)<br>KARA HAMMOND COYLE<br>KRISTEN SALVATORE DEPALMA<br>MARGARET M. DIBIANCA<br>MARY F. DUGAN<br>ERIN EDWARDS<br>KENNETH J. ENOS<br>KERRIANNE MARIE FAY<br>IAN S. FREDERICKS<br>JAMES J. GALLAGHER<br>WILLIAM E. GAMGORT<br>SEAN T. GREECHER<br>NATHAN D. GROW<br>STEPHANIE L. HANSEN<br>JAMES L. HIGGINS<br>PATRICK A. JACKSON<br>DAWN M. JONES<br>KAREN E. KELLER<br><br>SPECIAL COUNSEL<br>JOHN D. MCLAUGHLIN, JR.<br>KAREN L. PASCALE<br>SETH J. REIDENBERG<br>PATRICIA A. WIDDOSS | JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>EVANGELOS KOSTOULAS<br>JOHN C. KUFFEL<br>TIMOTHY E. LENGKEEK<br>ANDREW A. LUNDGREN<br>MATTHEW B. LUNN<br>ADRIA B. MARTINELLI<br>KATHALEEN MCCORMICK<br>MICHAEL W. MCDERMOTT<br>TAMMY L. MERCER<br>MARIBETH L. MINELLA<br>D. FON MUTTAMARA-WALKER<br>JENNIFER R. NOEL<br>ADAM W. POFF<br>ROBERT F. POPPITI, JR.<br>SARA BETH A. REYBURN<br>CHERYL A. SANTANIELLO<br>MONTÉ T. SQUIRE<br>MICHAEL P. STAFFORD<br>RICHARD J. THOMAS<br>TRAVIS N. TURNER<br>MARGARET B. WHITEMAN<br>SHARON M. ZIEG<br><br>SENIOR COUNSEL<br>CURTIS J. CROWTHER<br><br>OF COUNSEL<br>BRUCE M. STARGATT<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND |

June 4, 2008

**BY E-FILE AND HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
U. S. District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re: Parlin v. Dyncorp International, Inc., et al. –
       C.A. No. 08-107 (JJF)

Dear Judge Farnan:

    Plaintiffs respectfully request that the Court consider the enclosed Supplemental Memorandum of Law In Opposition To Defendants' Motion To Dismiss, which references a recent Fifth Circuit opinion rendered subsequent to the filing of plaintiffs' reply brief.

                   Respectfully,

                   */s/ Neilli Mullen Walsh*
                   Neilli Mullen Walsh  2707

NMW:bmh
Enclosure
cc: Robert J. Katzenstein, Esquire (with enclosure)(by efile and hand delivery)
   Robert K. Beste, III, Esquire (with enclosure) (by efile and hand delivery)
   Robert B. Wallace, Esquire (with enclosure)(by efile and mail)
   Kevin P. Ferrell, Esquire (with enclosure)(by efile and mail)
   Yoora Pak, Esquire (with enclosure)(by efile and mail)
   Maxwell S. Kennerly, Esquire (with enclosure)(by efile and mail)
   Ben T. Castle, Esquire (with enclosure)(by efile and hand delivery)
   Clerk of the Court (with enclosure)(by efile and hand delivery)